# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

132874

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                       SC: 132874
                                                        COA: 262958
                                                        Wayne CC: 04-012496-01
ELMORE JAMES HAIRE,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the November 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007                    _____

p0416                                          Clerk